IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY § <br> OF NORTH AMERICA; NEW YORK § <br> MARINE & GENERAL INSURANCE § <br> COMPANY; AND NAVIGATORS § <br> INSURANCE COMPANY; XL SPECIALTY § <br> INSURANCE COMPANY, LIBERTY § <br> MUTUAL INSURANCE CO., and § <br> NATIONAL LIABILITY & FIRE § <br> INSURANCE COMPANY § <br> § <br> *Plaintiffs,* § <br> § <br> V. § <br> § <br> W&T OFFSHORE, INC., § <br> § <br> *Defendant.* § | CIVIL ACTION NO. 4:12-CV-02469 <br> *Consolidated with*   4:12cv2924 <br> 4:12cv2778 <br> 4:12cv2504 |

## **DEFENDANT W&T OFFSHORE, INC.'S NOTICE OF APPEAL**

Notice is hereby given that W&T Offshore, Inc., the defendant in the above named case, hereby appeals to the United States Court of Appeals for the 5th Circuit from the Final Judgment, providing declaratory relief to the Plaintiffs, entered in this action on August 12, 2013.

          Respectfully submitted,
          TUCKER, TAUNTON, SNYDER & SLADE

          /s/ Norman E. Snyder, Jr.
          Norman E. Snyder, Jr.
          State Bar No. 18818500
          Federal Identification No. 6139
          10370 Richmond Avenue, Suite 1400
          Houston, Texas   77042

          ATTORNEY-IN-CHARGE
          W&T OFFSHORE, INC.

OF COUNSEL:

Matthew S. Parish
State Bar No. 24014279
Federal Identification No. 25140
Tucker Taunton Snyder & Slade
10370 Richmond Avenue, Suite 1400
Houston, TX 77042
Telephone:  (713) 961-5800
Facsimile:   (713) 993-2308

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served on all parties and/or their counsel of record pursuant to the filing requirements of the Texas Rules of Civil Procedure, on this the 6th day of September, 2013.

                        /s/ Matthew S. Parish
                        Matthew S. Parish